UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

DEWAYNE MCQUEEN, Individually and On behalf of a Class of All Others Similarly Situated, and RAY CEDENO, Individually and On behalf of a Class of All Others Similarly Situated,

                                                Plaintiffs,

                -against-

THE CITY OF NEW YORK, POLICE COMMISSIONER DERMOT SHEA, Individually and in his Official Capacity, POLICE OFFICER PETER RUOTOLO, Individually and in his Official Capacity, POLICE OFFICER OMAR ELTABIB, Individually and in his Official Capacity, and NEW YORK CITY POLICE OFFICERS JOHN AND JANE DOES,

                                                Defendants.

------------------------------------------------------------------ x

**NOTICE OF MOTION TO DISMISS UNDER FRCP 12(B)(1) AND 12(C)**

20 CV 4879 (BMC)

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of their Motion to Dismiss and in Opposition to Plaintiffs' Motion for Class Certification, Defendants the City of New York, Police Commissioner Dermot Shea, Police Officer Peter Ruotolo, and Police Officer Omar Eltabib, by their attorney, Georgia M. Pestana, Corporation Counsel of the City of New York, will move this Court before the Honorable Brian M. Cogan, at the United States District Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, 11201, at a date and time to be determined by the Court, for an order pursuant to Rules 12(b)(1) and 12(c) of the Federal Rules of Civil Procedure,

granting the Defendants' motion, dismissing all claims against the Defendants in their entirety, and granting the Defendants such other and further relief as the Court may deem just and proper.

Dated:	New York, New York
	August 9, 2021

>	GEORGIA M. PESTANA
>	Corporation Counsel of the City of New York
>	Attorney for the Defendants
>	100 Church Street
>	New York, N.Y. 10007
>	Office: (212) 356-0871
>	mtoews@law.nyc.gov

>	By:	/s/ MGT_____
>		Mark G. Toews
>		Senior Counsel

To:	**VIA ECF**
	*counsel of record*